DATE: 4-14-2015

Charles Martin, #1102119
McConnell Unit
3001 S. Emily Dr.
Beeville, Tx 78102

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

Re: PD-1577-14, Motion for Rehearing

Dear Clerk;

I respectfully request the disposition of My Motion for Rehearing sent, April 2, 2015, dated April 3, 2015. I'm hoping for the best. Thank you in advance for your prompt response.

Your assistance in this matter is appreciated.

Respectfully submitted,

Mr. Charles Martin, #1101119